**Order entered February 24, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00274-CV

**STEWARD HEALTH CARE SYSTEM LLC AND SOUTHWEST GENERAL HOSPITAL, LP, Appellants**

**V.**

**FRANK SAIDARA, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-16862**

### ORDER

Before the Court is appellants' February 22, 2021 unopposed motion for extension of time for submitting to the en banc court and filing supplemental briefing. We **GRANT** appellants' motion. Appellants shall file supplemental briefing, if any, by **March 4, 2021**. Appellee shall file supplemental briefing, if any, by **March 15, 2021**. The case will be submitted, without oral argument, to the en banc Court on **March 16, 2021**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE